## Starkey *v.* The State.

APPEAL from Hale Circuit Court.

Tried before the Hon. JOHN MOORE.

J. T. COLLINS, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for grand larceny.

Judgment affirmed.

Opinion by HARALSON, J.

---

## Mitchell *v.* The State.

APPEAL from Baldwin Circuit Court.

Tried before the Hon. WM. S. ANDERSON.

JNO. E. MITCHELL, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for burglary, and sentenced to the penitentiary for five years.

The judgment was reversed and the cause remanded.

Opinion by McCLELLAN, C. J.